IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CINDY M. CARL                                                                     PLAINTIFF

v.                          Case No. 2:17-CV-2030

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc.12) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 10th day of July, 2017.

                                          /s/ P. K. Holmes, III
                                          P. K. HOLMES, III
                                          CHIEF U.S. DISTRICT JUDGE