IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CINDY M. CARL                                                                   PLAINTIFF

v.                                     Case No. 2:17-CV-2030

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                       DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's Motion to Remand (Doc. 10) is GRANTED, and this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED this 10th day of July, 2017.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE